OTHO PLEASANT v. THE STATE.

No. 21726. Delivered November 12, 1941.

The opinion states the case.

*L. D. Griffin,* of Alice, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder, punishment assessed at two years in the penitentiary.

Since this court obtained jurisdiction it has been made known to the court by proper affidavit that appellant has died since his appeal was perfected.

The prosecution is abated.